NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1057, -1116

TOKAI CORP., SCRIPTO-TOKAI, INC., and CALICO BRANDS, INC.,

Plaintiffs/Counterclaim Defendants-
Appellants,

v.

EASTON ENTERPRISES, INC., a California Corporation
(doing business as Easton Sales) and FLI, INC.,

Defendants-Cross Appellants,

and

FUN LINE INDUSTRIES, INC. and
EASTON ENTERPRISES, INC., a Nevada Corporation,

Counterclaimants-Appellees.

Appeal from the United States District Court for the Central District of
California in case no. 07-CV-0883, Judge Virginia A. Phillips.

ON MOTION

O R D E R

Upon consideration of Dariush G. Adli's motion for leave to withdraw as counsel

for Easton Enterprises, Inc. and Fun Line Industries, Inc. et al.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>APR 3 0 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: R. Joseph Trojan, Esq.
Dariush G. Adli, Esq.
Thomas T. Chan, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK

s20

2010-1057, -1116          2